PAULINE GOTTLIEB, Respondent, v. PHILIP GOTTLIEB, Appellant.— In an action for separation, defendant appeals from an order awarding plaintiff temporary alimony of $30 a week and counsel fee of $300. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

GREEN POINT SAVINGS BANK, Respondent, v. CENTRAL GARDENS UNIT No. 1, INC., Appellant.— In an action to recover damages for alleged breach of contract, defendant, a corporation, appeals from an order which denies its motion to vacate a notice of examination before trial, served by plaintiff, and directs that defendant, by its president and its agent, appear for such examination. Order modified on the law by deleting from the last ordering paragraph thereof the words "and Abraham Traub, its agent", and as so modified, affirmed, without costs. The examination directed shall proceed on five days' notice. It was improper to direct the examination of appellant corporation by one not alleged to be its agent at the time said notice was served or when said order was made. (*Cohen* v. *Guardian Life Ins. Co.*, 243 App. Div. 776; *McGowan* v. *Eastman*, 271 N. Y. 195; *Schwartz* v. *Brooklyn & Queens Tr. Corp.*, 260 App. Div. 947.) Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

In the Matter of the Accounting of CHARLES FIDLER, as Executor of ROSE FIDLER, Deceased, Appellant; VICTOR FIDLER, Respondent.— Proceeding to settle the accounts of an executor. Order directing the executor to sell a parcel of real property under an express power of sale contained in decedent's will and order directing the executor to permit prospective purchasers to examine the parcel in question affirmed, with one bill of $10 costs and disbursements, payable by the appellant personally. No opinion. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

In the Matter of ARTHUR GELLER, Petitioner, against THOMAS M. DANGERFIELD et al., Constituting the Board of Zoning Appeals of the Village of Hempstead, Respondents.— In this article 78 proceeding, petitioner seeks to review the determination of the board of zoning appeals of the village of Hempstead denying his application to erect a gasoline filling station as a special exception. Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

In the Matter of GEROLAMA MARCOLINI, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Proceeding under article 78 of the Civil Practice Act to review a determination of the State Liquor Authority. Determination unanimously confirmed, with $20 costs and disbursements. No opinion. Present — Carswell, Acting P. J., Johnston, MacCrate and Schmidt, JJ.; Adel, J., not voting.